IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 16-mj-90150-GEB |
| VS. | |
| KADEJAH K. BROWN | |

ORDER TO DISMISS WITHOUT PREJUDICE

NOW, on this day the 25th day of April, 2025, this matter comes before the Court on the United States' Motion to Dismiss the above-captioned case without prejudice pursuant to Fed. R. Crim. P. 48(a). The Defendant has not been located in a reasonable amount of time.

IT IS THEREFORE ORDERED that the above captioned case be dismissed without prejudice and the active warrant be recalled.

_____
HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge